# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

JAMES GIOKAS
CHIEF DEPUTY

PLEASE REPLY TO:

☒ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ LONG ISLAND OFFICE
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK
11722-4438

December 7, 2004

District Clerk, J.P. Creekmore
United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, NC 27401

**RECEIVED**
In This Office
DEC - 8 2004   9:50 am
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.

Re:   USA v. George Cox
EDNY #: 1 98-CR-850(JG)

To District Clerk, J.P. Creekmore:

1:04CR490-1

Pursuant to the Transfer of Jurisdiction Order signed by Judge John Gleeson dated 10/8/04 for the above-referenced case, the following documents are enclosed:

    __X__ Certified copy of Order of Transfer

    __X__ Certified copy of Judgment & Commitment/Indictment

    __X__ Certified copy of docket entries

    _____ Entire File

    _____ Other:_____

IN CLERK'S OFFICE
U.S. DISTRICT COURT EDNY
* DEC 13 2004 *
BROOKLYN OFFICE

_____ Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Sincerely yours,

Francine Piper
Deputy Clerk

Initials/Date: _____